ROBERT R. MOORE (BAR NO. 113818)
MICHAEL S. GREGER (BAR NO. 156525)
WILLIAM W. HUCKINS (BAR NO. 201098)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail: rmoore@allenmatkins.com
        mgreger@allenmatkins.com
        whuckins@allenmatkins.com

Attorneys for Secured Creditor
U.S. Bank National Association

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MAMMOTH HENDERSON II, LLC, a Nevada limited liability company,<br><br>Debtor. | Case No.  8:09-22234-RK<br><br>Chapter 11<br><br>U.S. BANK NATIONAL ASSOCIATION'S STATUS CONFERENCE STATEMENT<br><br>Date:   July 28, 2010<br>Time:   11:00 a.m.<br>Place:  Courtroom  5D<br>        411 West Fourth Street<br>        Santa Ana, California<br>Judge:  Hon. Robert N. Kwan |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

788542.01/SF                     STATUS CONFERENCE STATEMENT

Secured Creditor U.S. Bank National Association ("U.S. Bank") submits this Status Conference Statement in connection with the Case Status Conference and Continued Hearing on Debtor's Disclosure Statement scheduled for July 28, 2010 in the case.

1.  On June 8, 2010, the Court entered its Order Granting [U.S. Bank's] Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 ("Relief from Stay Order"), terminating the automatic stay and permitting U.S. Bank to proceed with a foreclosure of its liens and security interests against Debtor's property.

2.  On July 8, 2010, after the Relief from Stay Order was entered, a Notice of Trustee's Sale was recorded with the Clark County Recorder setting a Trustee's Sale of the subject property for July 29, 2010 at 9:30 a.m.

3.  Since the last hearing in this case on May 26, 2010, there has been very little, if any, communication between U.S. Bank and Debtor, with the only matter of any substance being Debtor's request to use cash collateral to pay broker's commissions for leasing at the subject property.

4.  With the impending Trustee's Sale scheduled for July 29, 2010, counsel for U.S. Bank has made repeated requests for information to Debtor to facilitate a transition of the property upon foreclosure (e.g., the name of the contact person/property manager at the subject property, a current rent roll to identify the tenants, and copies of the leases in place). Despite repeated requests, Debtor has failed to produce the requested information. Not only as a matter of professional courtesy should Debtor provide the requested information, but, among other things, the cash collateral order requires Debtor to comply with U.S. Bank's requests to inspect Debtor's books and records.

5.  With respect to the continued hearing on the Debtor's Disclosure Statement, Debtor's counsel conceded that the proposed plan of reorganization to which the Disclosure Statement pertains is not confirmable, relief from stay has been entered allowing U.S. Bank to proceed with a foreclosure of the subject property, the Trustee's Sale is scheduled for July 29, 2010, and there has been no further activity in the case

1  (including any further amended plan of reorganization or disclosure statement) since the
2  Relief from Stay Order was entered.
3      In light of the foregoing, the imminent foreclosure, the inactivity in the case over
4  the past several months, Debtor's apparent abandonment of any attempt to reorganize, and
5  the lack of purpose being served by continuing the bankruptcy case, U.S. Bank requests
6  the Court to set a hearing on dismissal of the case pursuant to 11 U.S.C. § 1112.

Dated: July 26, 2010               ALLEN MATKINS LECK GAMBLE
                                   MALLORY & NATSIS LLP


                                   By:  */s/ William W. Huckins*
                                        WILLIAM W. HUCKINS
                                        Attorneys for Secured Creditor
                                        U.S. Bank National Association

| In re: Mammoth Henderson II, LLC | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER 8:09-22234-RK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Allen Matkins Leck Gamble Mallory & Natsis LLP, Three Embarcadero Center, 12th Floor, San Francisco, CA 94111.

A true and correct copy of the foregoing document described as **STATUS CONFERENCE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by the LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ["NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 26, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Thomas C Corcovelos, corfolaw@corforlaw.com
Michael J Hauser, michael.hauser@usdoj.gov
United States Trustee (SA), ustpregion16.sa.ecf@usdoj.gov
Michael S Greger, mgreger@allenmatkins.com
William W Huckins, whuckins@allenmatkins.com, clynch@allenmatkins.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **July 26, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy Via Overnight Mail
The Honorable Robert Kwan
United States Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street
Bin Outside Room 5097
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** *(indicate method for each person or entity served)*: Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 26, 2010 | Cynthia D. Lynch | */s/ Cynthia D. Lynch* |
|---|---|---|
| Date | Type Name | Signature |